NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SHIRLEY A. VARNADO,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2014-3107

---

Petition for review of the Merit Systems Protection Board in No. AT-0752-13-0039-I-1.

---

## ON MOTION

---

## O R D E R

Shirley A. Varnado moves for a 60-day extension of time to file her initial brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that the petitioner's initial brief is due no later than November 10, 2014.

2 VARNADO v. MSPB

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s30